September 22, 2014

FILED

SEP 2 2 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Dear Judge Fox,

    I was directed to ask you to please reconsider and remove Mr. Clark Speaks as my attorney and to please assign one of these three attorneys to represent me, Kearns Davis of Brooks Pierce Raleigh NC, Alex Williams of Nexsen Pruett Raleigh NC, James Blanton of White and Hearne Wilmington NC. I understand submission to authority and respect your decision therefore I was very patient with Mr. Speaks even though he was very unprofessional and has continued in this behavior. Mr. Speaks would ask interrogating questions, has no vision. Has never given a defense strategy, and his opinion differs from the attorneys mentioned, and also these other attorneys etc. my family and I met, Joe Cheshire, Joe Zeszotarski, Bryan Williams, Kat Shea, and FPDO investigator Karen Houston Umstead.

    Mr. Speaks is not prepared, he would ask the same questions and did not research any of the information he has access to. He is not an attorney I am accustomed to working with, he is arrogant, vulgar, and have said "you got me or represent yourself" just ridiculous behavior period. Mr. Speaks has never won a non-guilty verdict at trial, and fifty percent of his practice is devoted to personal injury cases. Mr. Speaks would go a month and a half without any communication and I had three family members contact him several times and he has never returned one phone call ever. When asked recently why, he said "he hasn't received any calls from anyone" which is preposterous and makes it impossible to work with someone who is not forthcoming.

Mr. Speaks said it would take him three days to file certain paperwork several other attorneys said needed to be filed, we are months later and he never filed it. He said he would send me new paperwork from the prosecutor which was ready since July and he never sent it. Also other documents and never filed it. I believe Mr. Speaks has agreed also to withdraw. I am asking for fair and competent representation I can trust and depend on. So please assign one of these three attorneys, they all have a great rapport with me and my family, and have spoken with us many times, is very familiar with the case and all communicate well. Thank you.

Sincerely,

David C. Mayhew

*David Mayhew*

Case # 513CR00199F2